IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* HARROLD E. (GENE) WRIGHT, | § § § | |
| Plaintiff, | § § § | NO. 5:03-cv-264(DF) |
| v. | § § | |
| AGIP PETROLEUM CO., et al., | § § | |
| Defendants. | § § § | |

**ORDER**

Before the Court is Shell's Objection to and Motion for Reconsideration of Magistrate's Discovery Order (Doc. No. 982). Therein Shell argues that it should be protected from discovery related to Shell's post-1999 offshore production until the Court rules on Shell's motion for partial summary judgment based on Shell's agreement with the MMS (Doc. No. 846). Because the Court has now denied Shell's motion for partial summary judgment, the Court also ORDERS that Shell's Objections to Magistrate Craven's Discovery Order is DENIED.

Furthermore, the Court's December 14, 2006 Order (Doc. No. 985) stayed Judge Craven's Order pending resolution of Shell's motion for partial summary judgment. As a result, Relator filed a motion to modify the Court's December 14, 2006 Order (Doc. No. 1002). The Court now VACATES its December 14, 2006 Order and DISMISSES Relator's motion as moot. Furthermore,

Shell is now ORDERED to comply with Magistrate Judge Craven's Order (Doc. No. 970) compelling Shell to produce discovery within thirty (30) days from the date of this Order. It is so ORDERED.

**SIGNED this 27th day of December, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE