IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES, *ex rel*. | § | |
| ELIZABETH ANN WRIGHT AND | § | |
| BRADLEY SLOAN WRIGHT, as | § | |
| Independent Co-Executors of the Estate | § | |
| Of Harrold E. (Gene) Wright, Deceased | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION No: 5:03cv264 |
| | § | |
| AGIP PETROLEUM Co., et al., | § | |
| Defendants. | § | JUDGE DAVID FOLSOM |

## ORDER APPROVING STIPULATION FOR AGREED DISTRIBUTION FROM STATUTORY FEES ACCOUNT

The Court hereby approves the Stipulation for Agreed Distribution from Statutory Fees Account ("Stipulation") attached hereto as Exhibit 1 and filed with the Court on March 30, 2010. The Court further authorizes the finance clerk to pay directly to each Party listed in Schedule A of the Stipulation the amount allocated to such Party in Schedule A of the Stipulation.

IT IS SO ORDERED.

SIGNED this 31st day of March, 2010.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES, *ex rel.* | § | |
| ELIZABETH ANN WRIGHT AND | § | |
| BRADLEY SLOAN WRIGHT, as | § | |
| Independent Co-Executors of the Estate | § | |
| Of Harrold E. (Gene) Wright, Deceased | § | |
| Plaintiffs, | § | |
| | § | |
| **vs.** | § | CIVIL ACTION No: 5:03cv264 |
| | § | |
| AGIP PETROLEUM Co., et al., | § | |
| Defendants. | § | JUDGE DAVID FOLSOM |

## STIPULATION FOR AGREED DISTRIBUTION FROM
## STATUTORY FEES ACCOUNT

1.   This stipulation is made pursuant to the Confidential Agreement Regarding Funds in the Registry of the Court ("Agreement") in *United States of America, ex rel. Harrold E. (Gene) Wright v. AGIP Petroleum Co., et al* Case No. 5:03CV264, in the United States District Court for the Eastern District of Texas, Texarkana Division. The terms used below have the meanings given in the Agreement.

2.   Within ten days after actual receipt of this proposed stipulation, each Recipient shall respond in writing or by email and inform the Proposer whether the Recipient accepts, rejects, requests a modification, or requests additional information as to the proposed stipulation, and provide a copy of such response to all other Recipients. Any Recipient who fails to so respond within ten days after actual receipt of this proposed stipulation waives any right to challenge the proposed stipulation (Agreement at § 5.4).

3.   If no Recipient rejects the stipulation, requests a modification of the stipulation, or requests additional information regarding the stipulation within 10 days after receipt of the stipulation, the Proposer shall notify the Recipients that the stipulation is final and shall file the Stipulation and request that the Clerk distribute the funds in accordance with the Stipulation. Upon such filing and the request for distribution of funds, the Clerk shall distribute $7,110,000.00 from the Statutory Fees Account in direct proportion to out-of-pocket expenses incurred by current counsel, former counsel, and the Relator. The total amount to be distributed pursuant to this stipulation is $7,110,000.00. The Clerk shall issue checks drawn on the Statutory Fees Account made payable to the Proposer and Recipients in the amounts set forth in the attached Schedule A.

4.  Except as expressly provided in the Agreement, the Proposer and Recipients shall keep strictly confidential the terms of this stipulation.

5.  The Proposer and Recipients reserve all rights with regard to the terms of any future stipulation(s).

6.  Relator reserves the right to audit the claimed expenses and to request reimbursement of any expenses which are not verified through the audit process.

7.  To accept this proposed stipulation, sign below and return the signed document to the Proposer.

   IT IS SO STIPULATED.

   PROPOSER:

   _____

   Kellogg, Huber, Hansen, Todd,
   Evans & Figel, P.L.L.C.
   Mr. Chris Todd
   Mr. Bill Conyngham
   1615 M. Street, N.W. Suite 400
   Washington, D.C. 20036
   Phone: 202.326.7900

   Date: __3-12__ , 2010

**RECIPIENT:**

_Elizabeth a Wright_
Ms. Elizabeth Ann Wright, as Independent
Co-Executor of The Estate of Harrold E.
(Gene) Wright, Deceased
828 Colonial Drive
Tyler, Texas 75701

Date: 3-12-10 , 2010

**RECIPIENT:**

_[signature]_

Mr. Bradley Sloan Wright, as Independent
Co-Executor of The Estate of Harrold E.
(Gene) Wright, Deceased
8047 Claremont Drive
Dallas, Texas 75228

Date: _3-19-_ , 2010

**RECIPIENT:**

_[signature]_

Nix Patterson & Roach, LLP
Mr. Cary Patterson
Mr. Brady Paddock
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Phone: 903.223.3999

Date: _March 17_, 2010

**RECIPIENT:**

_____

Max E. Roesch, P.C.
Mr. Max E. Roesch
708 E. Austin, Suite 100
Giddings, Texas 78942
Phone:  979.542.0050

Date: _____, 2010

**RECIPIENT:**

Pat S. Holloway, P.C.
Mr. Pat S. Holloway
4002 Spanish Oak Lane
Drippings Springs, Texas 78620
Phone:  512.894.3398

Date: _March 22_ , 2010

**RECIPIENT:**

_____

Mr. John W. Tunnell
Tunnell & Cox, L.L.P.
306 East Lufkin Avenue
Lufkin, Texas 75902
Phone: 936.639.3311

Date: MARCH 15, 2010

**RECIPIENT:**

Mr. Claude E. Welch
P.O. Box 1574
Lufkin, Texas 75902
Phone:  936.639.3311

Date:  3/22 , 2010

**RECIPIENT:**

_(signature)_

Mark L. Carman, Carman Law Office, P.C.
As successor in interest to
Balzar Carman Murdock, LLC
10 North 27th St., Ste 303
Billings, MT 59101
Phone: 406.245.4114

Date: March 12, 2010

**RECIPIENT:**

Mr. Turner Branch and
Branch Law Firm
2025 Rio Grande Blvd NW
Albuquerque, New Mexico 87104
Phone: 505.243.3500
Date: _____ 3/15, 2010

**RECIPIENT:**

_____

Mr. Robert T. Cunningham, Jr. and
Cunningham Bounds, L.L.C.
f/k/a Cunningham, Bounds, Yance,
Crowder & Brown, L.L.C.
1601 Dauphin Street
Mobile, Alabama 36604
Phone: 251.471.6191
Date: _March 12_, 2010

**RECIPIENT:**

_____

Mr. Spencer Hosie and
Hosie Rice L.L.P.
188 The Embarcadero, Suite 750
San Francisco, California 94105
Phone: 415.247.6000
Date: MARCH 12, 2010

**RECIPIENT:**

_____

Mr. Rick Adams and
Patton Roberts, P.L.L.C.
2900 St. Michael Drive, Suite 400
Texarkana, Texas 75503
Phone:  903.334.7000
Date:   _3-15_____, 2010

**RECIPIENT:**

_[signature]_

Mr. John Phillips and
Phillips & Cohen, L.L.P.
2000 Massachusetts Avenue, N.W.
First Floor
Washington, D.C. 20036
Phone: 202.833.4567
Date: _17 March_, 2010

**RECIPIENT:**

Mr. Fred L. Ragsdale, Jr.
P.O. Box 1408
Corrales, New Mexico 87048
Date: 18 MARCH, 2010

RECIPIENT:

Mr. Tom Sedar
P.O. Box 997
Christianstead, Virgin Islands 00821
Phone: 340.244.1702
Date: _____, 2010

*original*

**RECIPIENT:**

Mr. Gerry Spence and
Spence Law Firm, L.L.C.
15 South Jackson Street
Jackson, Wyoming 83001
Phone: 307.733.7290
Date: 3/19 , 2010

| | | |
|---|---|---|
| **Schedule A** | | |
| | | |
| **FIRM** | | **AMOUNT** |
| Phillips & Cohen | | $88,023.72 |
| Pat Holloway | | $133,156.61 |
| Hosie Rice | | $203,104.44 |
| Tunnel & Cox | | $4,872.86 |
| Branch Law Firm | | $34,294.03 |
| Claude Welch | | $13,876.46 |
| Cunningham Bounds | | $947,295.41 |
| Mark Carmen | | $3,099.64 |
| Patton Roberts | | $3,617.59 |
| Spence Law Firm | | $68,783.45 |
| Wright Estate | | $24,520.40 |
| Kellogg Huber | | $2,379,916.31 |
| Nix Patterson & Roach | | $3,205,439.08 |