IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES, *ex rel.* §<br>ELIZABETH ANN WRIGHT AND §<br>BRADLEY SLOAN WRIGHT, as §<br>Independent Co-Executors of the Estate §<br>Of Harrold E. (Gene) Wright, Deceased §<br>  Plaintiffs, §<br> §<br>vs. §<br> §<br>AGIP PETROLEUM Co., et al., §<br>  Defendants. § | CIVIL ACTION NO: 5:03CV264<br>JUDGE DAVID FOLSOM |

## ORDER DIRECTING THE FINANCE CLERK TO DISTRIBUTE FUNDS FROM THE RELATOR'S SHARES ACCOUNT

The Court hereby approves the Stipulation for Agreed Distribution of $6,043,095.79 from Relator's Shares Account ("Stipulation") attached hereto as Exhibit 1 and filed with the Court on July 12, 2011. The Court orders the Finance Clerk to distribute such finds as specified in Schedule A to the Stipulation.

IT IS SO ORDERED.

SIGNED this 13th day of July, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES, *ex rel.* § <br> ELIZABETH ANN WRIGHT AND § <br> BRADLEY SLOAN WRIGHT, as § <br> Independent Co-Executors of the Estate § <br> Of Harrold E. (Gene) Wright, Deceased § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> AGIP PETROLEUM Co., et al., § <br> Defendants. § | CIVIL ACTION NO: 5:03CV264 <br> JUDGE DAVID FOLSOM |

### STIPULATION FOR AGREED DISTRIBUTION OF $6,043,095.79 FROM THE RELATOR'S SHARES ACCOUNT

The parties identified below hereby stipulate that the Finance Clerk shall issue checks drawn on the Relator's Shares Account made payable to the parties in the amounts set forth in the attached Schedule A.

IT IS SO STIPULATED.

AGREED:

*[signature]*

Nix Patterson & Roach, LLP
Mr. Cary Patterson
Mr. Brady Paddock
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Phone: 903.223.3999

Date: July 7, 2011

**AGREED:**

*Elizabeth A Wright*
Ms. Elizabeth Ann Wright, as Independent
Co-Executor of The Estate of Harrold E.
(Gene) Wright, Deceased
828 Colonial Drive
Tyler, Texas 75701

Date: July 7, 2011

**AGREED:**

*/s/ Bradley Sloan Wright*

Mr. Bradley Sloan Wright, as Independent
Co-Executor of The Estate of Harrold E.
(Gene) Wright, Deceased
8047 Claremont Drive
Dallas, Texas 75228

Date: July 7, 2011

**AGREED:**

*/s/ William Joseph Conyngham*

Kellogg, Huber, Hansen, Todd,
Evans & Figel, P.L.L.C.
Mr. Chris Todd
Mr. Bill Conyngham
1615 M. Street, N.W. Suite 400
Washington, D.C. 20036
Phone: 202.326.7900

Date: July 07, 2011

AGREED:

*[signature: Max E. Roesch]*

Max E. Roesch, P.C.
Mr. Max E. Roesch
708 E. Austin, Suite 100
Giddings, Texas 78942
Phone: 979.542.0050

Date: July 11, 2011

AGREED:

_____
Pat S. Holloway, P.C.
Mr. Pat S. Holloway
4002 Spanish Oak Lane
Drippings Springs, Texas 78620
Phone: 512.894.3398

Date: July 11, 2011

AGREED:

_____
Mr. John W. Tunnell
Tunnell & Cox, L.L.P.
306 East Lufkin Avenue
Lufkin, Texas 75902
Phone: 936.639.3311

Date: July 07, 2011

AGREED:

_____
Mr. Claude E. Welch
P.O. Box 1574
Lufkin, Texas 75902
Phone: 936.639.3311

Date: July 7, 2011

AGREED:

_____
Mr. Barry Barksdale
2630 Exposition Blvd
Suite G14
Austin, Texas 78703
Phone: 512.482.9111

Date: July ___, 2011

### SCHEDULE A TO STIPULATION FOR AGREED DISTRIBUTION OF $6,043,095.79 FROM THE RELATOR'S SHARES ACCOUNT

| Recipient of Funds | Payee on Clerk's Check | Amount |
|---|---|---|
| Estate Of Harrold E. (Gene) Wright | Estate Of Harrold E. (Gene) Wright | $5,150,653.01 |
| Pat S. Holloway and Pat S. Holloway, P.C. | Wood, Thacker & Weatherly, P.C., Trustees | 656,859.54 |
| Don C. Kennard | Mary Jo Kennard as Executrix of the Estate of Don Kennard | 157,055.49 |
| Max E. Roesch and Max E. Roesch, P.C. | Max E. Roesch and Max E. Roesch, P.C. | 78,527.75 |
| Total | | $6,043,095.79 |