# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* HARROLD E. (GENE) WRIGHT, | § § § § § § § § § § § § | No. 5:03cv264 <br><br> Chief Judge David Folsom |
| Plaintiffs, | | |
| v. | | |
| CHEVRON USA INC., *et al.* | | |
| Defendants. | | |

## AGREED STIPULATION FOR DISTRIBUTION FROM RELATOR'S SHARES ACCOUNT

1. This Stipulation is made pursuant to the Confidential Agreement Regarding Funds in the Registry of the Court ("Agreement") in *United States of America, ex rel. Harrold E. (Gene) Wright v. AGIP Petroleum Co., et al.*, Case No. 5:03CV264, in the United States District Court for the Eastern District of Texas, Texarkana Division. The terms used below have the meanings given in the Agreement.

2. The Proposer and Recipients agree to submit a conforming motion and order authorizing issuance of checks from the Registry of the Court as set forth in the attached Schedule A.

3. The interests of the remaining Payees (denoted by asterisk on Schedule A) were determined by Arbitrator Roland K. Johnson's Final Award (Section V), dated June 8, 2011.

IT IS SO STIPULATED.

PROPOSER:

*/s/ Brady Paddock*

Nix Patterson & Roach, LLP
Mr. Cary Patterson
Mr. Brady Paddock
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Phone: 903.223.3999

Date: Nov. 9, 2011

**RECIPIENT:**

_____
Mr. John W. Tunnell
Tunnell & Cox, L.L.P.
306 East Lufkin Avenue
Lufkin, Texas 75902
Phone: 936.639.3311

Date: Nov 9, 2011

**RECIPIENT:**

*[signature]*

Mr. Claude E. Welch
P.O. Box 1574
Lufkin, Texas 75902
Phone: 936.639.3311

Date: *Nov. 10*, 2011

**RECIPIENT:**

*/s/ K. Chris Todd*
_____
Kellogg, Huber, Hansen, Todd,
Evans & Figel, P.L.L.C.
Mr. Chris Todd
Mr. Bill Conyngham
1615 M Street, N.W. Suite 400
Washington, D.C. 20036
Phone: 202.326.7900

Date: __Nov. 9__, 2011

**RECIPIENT:**

*[signature]*

Mr. Barry Barksdale
2630 Exposition Blvd Suite G14
Austin, Texas 78703
Phone: 512.482.9111

Date: 11/16, 2011

## Schedule A

| Payee | Distribution |
|---|---|
| Pat S. Holloway and Pat S. Holloway, PC | $1,056,413* |
| Claude E. Welch | $403,358 |
| Max E. Roesch and Max E. Roesch, PC | $38,415* |
| Mary Jo Kennard as Independent Executrix of the Estate of Don Kennard, Deceased | $76,830* |
| Barry Barksdale | $419,492 |
| Nix Patterson & Roach, LLP | $998,790 |
| Kellogg Huber Hansen Todd Evans & Figel, P.L.L.C. | $2,189,655 |
| Estate of Harrold E. (Gene) Wright, Deceased | $2,500,048* |
| Total | $7,683,000 |