IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES, *ex rel*. | § | |
| ELIZABETH ANN WRIGHT AND | § | |
| BRADLEY SLOAN WRIGHT, as | § | |
| Independent Co-Executors of the Estate | § | |
| Of Harrold E. (Gene) Wright, Deceased | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION No: 5:03cv264 |
| | § | |
| | § | JUDGE DAVID FOLSOM |
| CHEVRON USA INC., et al. | § | |
| *Defendants*. | § | |

**NOTICE REGARDING CERTIFICATE OF CONFERENCE RELATING TO MOTION FOR DISBURSEMENT OF $7,683,000.00 FROM RELATOR'S SHARES ACCOUNT BASED UPON AGREED STIPULATION FOR DISTRIBUTION AND FINAL ARBITRATION AWARD (DKT. NO. 1710)**

Relators Elizabeth Ann Wright and Bradley Sloan Wright, Independent Co-Executors of the Estate of Harrold E. (Gene) Wright (the "Wright Executors") submit this Notice regarding the Motion for Disbursement of $7,683,000.00 from Relator's Shares Account Based Upon Agreed Stipulation for Distribution and Final Arbitration Award (Dkt. No. 1710) ("the Motion"). Prior to filing the Motion, attorneys for Relators complied with Local Rule CV-7 regarding the meet and confer requirements and conferred with counsel for the United States of America and counsel for the Defendants. The United States of America and Defendants did not oppose the relief sought by Relators in the Motion. Relators have filed a Certificate of Conference stating that the

United States and Defendants are not opposed to the relief sought in the Motion (*see* Dkt. No. 1712).

Local Rule CV-7 does not apply to Pat S. Holloway or Pat S. Holloway, P.C. (collectively "Holloway"), and therefore counsel for Relators did not confer with Holloway prior to filing the Motion. Holloway is not a party to the instant action, Holloway has withdrawn as counsel for Relators (*See* Dkt. No. 1679), and Holloway's interest in the funds held in the Relator's Shares Account has been submitted to and conclusively decided by final and binding arbitration proceedings. Specific and relevant findings by the arbitrator are set forth in the Motion (Dkt. No. 1710). For these reasons, Relators contend that the "meet and confer" requirements of Local Rule CV-7 are not applicable to Holloway.[1]

On November 11, 2011, counsel for Holloway submitted Docket Number 1711 entitled "Notice of Appearance and Objection to Motion for Distribution Filed November 10, 2011." Therein, counsel for Holloway stated that Holloway opposed the relief sought in the Motion.[2]

Respectfully submitted,

*/s/ C. Cary Patterson*

C. Cary Patterson
State Bar No. 15587000
Michael B. Angelovich
State Bar No. 00785666

---

[1] Even though Local Rule CV-7 does not apply to Holloway, counsel for Relators emailed a copy of the Motion to Holloway immediately after it was filed.

[2] Relators object to this filing made on behalf of Holloway because it is not properly before the Court, and Relators will file a separate response thereto.

Brady Paddock
State Bar No. 00791394
Ben King
State Bar No. 24048592
**NIX, PATTERSON & ROACH, LLP**
2900 Saint Michael Drive, Suite 500
Texarkana, Texas 75503
Telephone: 903.223.3999
Facsimile: 903.223.8520

K. Chris Todd
David C. Frederick
Silvija A. Strikis
Derek T. Ho
**KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: 202.326.7900
Facsimile: 202.326.7999

Claude E. Welch (#21120500)
**LAW OFFICES OF CLAUDE E. WELCH**
115 West Shepherd Avenue
P.O. Box 1574
Lufkin, Texas 75902
Telephone: 409.639.3311
Facsimile: 409.639.3049

**ATTORNEYS FOR RELATORS**

**CERTIFICATE OF SERVICE**

The below signed hereby certifies that on the 14th day of November, 2011 the foregoing was electronically served on all counsel of record via email and also those who have elected to be served through the Court's electronic notification system. Pat Holloway has also been served with a copy of this filing.

*[signature]*

Attorney for Relator